UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRED ZEMEL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AARP, INC. and JOHN DOES 1-25,<br><br>Defendant. | Civil Action No. 2:17-cv-03513-JMV-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that plaintiff Fed Zemel hereby dismisses all claims as against defendant AARP, Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

          MARCUS ZELMAN, LLC
          Attorneys for Plaintiff

          By: /s Ari H. Marcus
              Ari H. Marcus, Esq.
              Marcus & Zelman, LLC
              1500 Allaire Avenue, Suite 101
              Ocean, NJ 07712
              Attorneys for Plaintiff

Dated: June 16, 2017

          SO ORDERED
          This _19th_ day of _June_ 2017
          ~~Hon. Mark Falk, U.S.M.J.~~
          John Michael Vazquez, U.S.D.J.

NJ01\PollBr\247079.1